**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AG, | Case No. 3:26-cv-05274-CRB |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| ZYNC, INC., | |
| Defendant. | Hearing Date: June 22, 2026<br>Time:          10:00 a.m.<br>Courtroom:   Courtroom 6 – 17th Floor |

Before the Court is Defendant ZYNC INC.'s Administrative Motion for Leave to File Opposition to Plaintiff's Motion for Preliminary Injunction. The Court finds that good cause exists to grant the requested relief for the reasons stated in the motion.

Accordingly, the administrative motion is **GRANTED** and leave is granted for Zync Inc. to file a supplemental opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. 10) not to exceed 20 pages.

**IT IS SO ORDERED.**

Dated: _June 18, 2026_____

_____
Honorable Charles R. Breyer
United States District Judge