Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Lionel M. Lavenue (*pro hac vice* filed)
  lionel.lavenue@finnegan.com
J. Derek McCorquindale (*pro hac vice* filed)
  derek.mccorquindale@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203 2700
Facsimile:    (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>                    Plaintiff,<br><br>        v.<br><br>ZYNC, INC.,<br><br>                    Defendant. | CASE NO. 3:26-cv-05274-CRB<br><br>**[PROPOSED] ORDER ~~GRANTING BMW AG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY~~** |

Before the Court is Plaintiff Bayerische Motoren Werke Aktiengesellschaft's ("BMW AG") Administrative Motion for Leave to File Reply to Defendant Zync, Inc.'s ("Zync") Opposition to Plaintiff's Motion for Preliminary Injunction ("Opposition"). The Court finds that good cause exists to grant the requested relief for the reasons stated in the motion.

Accordingly, the administrative motion is **GRANTED** and leave is granted for BMW AG to file a reply brief to Zync's Opposition (Dkt. 40) not to exceed 15 pages.

**IT IS SO ORDERED.**


DATED: _June 22, 026_

_____
Honorable Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING BMW AG'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY
CASE NO. 3:26-CV-05274-CRB