Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Lionel M. Lavenue (*pro hac vice* filed)
  lionel.lavenue@finnegan.com
J. Derek McCorquindale (*pro hac vice* filed)
  derek.mccorquindale@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203 2700
Facsimile:    (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>                    Plaintiff,<br><br>        v.<br><br>ZYNC, INC.,<br><br>                    Defendant. | CASE NO. 3:26-cv-05274-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING BMW AG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (EXHIBITS 1 AND 2 OF DECLARATION OF DOMINIK ODAK)** |

Having reviewed Bayerische Motoren Werke Aktiengesellschaft's Administrative Motion to File Documents Under Seal in connection with the exhibits of the Declaration of Dominik Odak in Support of Plaintiff's Motion for Temporary Restraining Order and Anti-suit Injunction ("Odak Declaration") and Declaration of Erik R. Puknys in Support of BMW's Administrative Motion to Seal Exhibits 1 and 2 of the Odak Declaration ("Puknys Sealing Declaration"), and good cause appearing therefor, IT IS HEREBY ORDERED THAT the following documents are to be FILED UNDER SEAL:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL |
|---|---|
| Exhibit 1 (Email from Zync to BMW) | All. |
| Exhibit 2 (Initial draft of Pilot Project Agreement) | All. |

IT IS SO ORDERED.

Date: June 22, 2026



APPROVED

Judge Charles R. Breyer

[[PROPOSED] ORDER GRANTING BMW AG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO. 3:26-CV-05274-CRB