Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
**  GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Lionel M. Lavenue (*pro hac vice* pending)
  lionel.lavenue@finnegan.com
J. Derek McCorquindale (*pro hac vice* pending)
  derek.mccorquindale@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
**  GARRETT & DUNNER, LLP**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203 2700
Facsimile:    (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>                 Plaintiff,<br><br>        v.<br><br>ZYNC, INC.,<br><br>                 Defendant. | CASE NO. 3:26-cv-05274-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING BMW AG'S MOTION TO REDACT PREVIOUSLY FILED EXHIBIT PURSUANT TO FRCP 5.2** |

Before the Court is Plaintiff Bayerische Motoren Werke Aktiengesellschaft's ("BMW AG") Motion to Redact Previously Filed Exhibit Pursuant to FRCP 5.2 ("Motion to Redact"). The Court hereby **ORDERS** as follows.

1. BMW AG's Motion to Redact is **GRANTED.**

2. The Clerk of the Court is directed to **withdraw** the currently filed versions of Exhibit A to the Declaration of John Butler at Dkt. 44-8 and Dkt. 51-6 from the public docket.

3. BMW AG is granted leave to file the redacted version of Exhibit A (attached as Exhibit 1 to BMW AG's Motion to Redact) in place of the withdrawn documents on the public docket.

**IT IS SO ORDERED.**

DATED: <u>June 23, 2026</u>

Honorable Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING BMW AG'S
MOTION TO REDACT PREVIOUSLY FILED EXHIBIT
CASE NO. 3:26-CV-05274-CRB