Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Lionel M. Lavenue (*pro hac vice* pending)
  lionel.lavenue@finnegan.com
J. Derek McCorquindale (*pro hac vice* pending)
  derek.mccorquindale@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203 2700
Facsimile:    (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, <br><br> Plaintiff, <br><br> v. <br><br> ZYNC, INC., <br><br> Defendant. | CASE NO. 3:26-cv-05274-CRB <br><br> [~~PROPOSED~~] **ORDER GRANTING BMW AG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (EXHIBITS B AND C)** |

Having reviewed Bayerische Motoren Werke Aktiengesellschaft's Administrative Motion to File Documents Under Seal in connection with the exhibits of the Plaintiff's Opposition to Defendant's Motion to Stay Pending Appeal ("Opposition") and Declaration of Erik R. Puknys in Support of BMW's Administrative Motion to Seal Exhibits B and C of the Opposition ("Puknys Sealing Declaration"), and good cause appearing therefor, IT IS HEREBY ORDERED THAT the following documents are to be FILED UNDER SEAL:

| DOCUMENT | PORTIONS TO BE FILED UNDER SEAL |
|---|---|
| Exhibit B (Cease and desist letter sent to BMW of North America, LLC on behalf of Zync Inc. - Dated January 9, 2023) | All. |
| Exhibit C (Cease and desist letter sent to BMW AG on behalf of Zync Inc. - Dated January 9, 2023) | All. |

IT IS SO ORDERED.

Date: June 29, 2026

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA