IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AG,<br><br>                Plaintiff,<br><br>         v.<br><br>ZYNC INC.,<br><br>                Defendant. | Case No.  26-cv-05274-CRB<br><br>**ORDER STAYING ORDER GRANTING PRELIMINARY INJUNCTION** |

Defendant Zync Inc. asks this Court to stay its order granting a preliminary injunction against its proceedings before the International Trade Commission pending its current appeal.  Mot. (dkt. 58).  The Court **GRANTS** Zync's motion.  The Court's order is stayed for 14 days to permit the Ninth Circuit time to conclude whether a stay is warranted.  See Nomadix, Inc. v. Guest-Tek Interactive Entmt. Ltd., No. 219CV04980ABFFMX, 2020 WL 3023308, at *3 (C.D. Cal. Apr. 24, 2020) (staying preliminary injunction to give the Ninth Circuit a chance to consider a stay).

**IT IS SO ORDERED.**

Dated: July 8, 2026

_____
CHARLES R. BREYER
United States District Judge