United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAYERISCHE MOTOREN WERKE AG,

Plaintiff,

v.

ZYNC INC.,

Defendant.

Case No. 26-cv-05274-CRB

**ORDER DENYING MOTION TO EXTEND TIME; STAYING CASE**

Bayerische Motoren Werke AG and BMW of North America, LLC seek a thirty-day extension of time to respond to Defendant's counterclaims. Mot. (dkt. 79). Defendant opposes, preferring a stay pending appeal. Opp'n (dkt. 81). The Court agrees with Defendant.

"Courts have inherent power to manage their dockets and stay proceedings." Jenam Tech, LLC v. Google LLC, 630 F. Supp. 3d 1208, 1211 (N.D. Cal. 2022) (internal citation omitted). Indeed, courts routinely stay cases pending appellate resolution of key issues. See, e.g., Aleisa v. Square, Inc., 493 F. Supp. 3d 806, 817 (N.D. Cal. 2020) (granting stay pending Supreme Court decision). The Court determines that "it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." See Leyva v. Certified Grocers of California, Ltd., 593 F.2d 857, 863 (9th Cir. 1979). This case is in its early stages, appellate disposition would simplify key issues, and the resources of the parties and the Court would be conserved. See Landis v. N. Am. Co., 299 U.S. 248, 255 (1936) (requiring courts to "weigh competing interests and maintain an even balance").

Accordingly, the Court **DENIES** the motion and stays the case pending appeal. The parties may move to reopen the stay if there are any new issues related to the injunctive relief the Court has already granted.

**IT IS SO ORDERED.**

Dated: July 20, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California